1
SEYFARTH SHAW LLP
Bryan O'Keefe (*Pro Hac Vice Application Forthcoming*)

2
bokeefe@seyfarth.com
975 F Street, NW

3
Washington, DC 20004
Telephone:     (202) 463-2400

4
Facsimile:     (202) 828-5393

5

6
SEYFARTH SHAW LLP
Pamela L. Vartabedian (SBN 251133)

7
*pvartabedian@seyfarth.com*
560 Mission Street, 31st Floor

8
San Francisco, California  94105
Telephone:     (415) 397-2823

9
Facsimile:     (415) 397-8549

10
Attorneys for Defendants
IOX, LLC BY REMPREX, LLC
and FRANCO HERRERA

11

12
### UNITED STATES DISTRICT COURT

13
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15
DANIEL BRADSHAW,                              )   Case No. _____
                                             )

16
   Plaintiff,                 )
                                             )

17
  v.                               )   **DEFENDANT IOX, LLC BY REMPREX,**
                                             )   **LLC 'S NOTICE OF REMOVAL**

18
FRANCO HERRERA, IOX, LLC BY                  )
REMPREX, LLC and DOES 1 TO 20,               )

19
                                             )
   Defendants.                 )

20
                                             )
                                             )

21
                                             )
                                             )

22
_____         )

23

24

25

26

27

28

Defendant IOX, LLC By Remprex, LLC ("IOX") by its attorneys, Seyfarth Shaw LLP, and pursuant to 28 U.S.C. §§ 1331, 1337 1441 and 1446, file this Notice of Removal with respect to the case identified as *Daniel Bradshaw v. Franco Herrera, et al.*, Index No. C22-00422, from the Superior Court of California, County of Contra Costa.  In support of this Notice, IOX states as follows:

### THE SUMMONS AND COMPLAINT

1.     On or about March 9, 2022, plaintiff Daniel Bradshaw ("Plaintiff") commenced a civil action by filing a Summons, Complaint, and Cause of Action in the Superior Court of California, County of Contra Costa, naming IOX as a defendant.

2.     On March 9, 2022, IOX's registered agent received a copy of the Summons, Complaint and Cause of Action by personal service.

3.     A true and correct copy of the Summons, Complaint and Cause of Action is annexed hereto as Exhibit A; pursuant to 28 U.S.C. § 1447(b), the Summons, Complaint and Cause of Action constitute "all records and proceedings" in the state court.

### TIMELINESS OF REMOVAL

4.     This Notice of Removal is timely filed pursuant to 28. U.S.C. § 1446(b), having been filed within thirty (30) days after IOX's initial receipt of the Summons, Complaint and Cause of Action, which is the "pleading from which it may first be ascertained that the case is one which is . . . removable."  28 U.S.C. § 1446(b).

### BASIS FOR REMOVAL

5.     Pursuant to 28 U.S.C. §§ 1331 and 1337, original jurisdiction exists in this Court. Plaintiff's cause of action is a tort claim arising on a "federal enclave" over which federal courts have federal question jurisdiction.  *See Durham v. Lockheed Martin Corp.* 445 F.3d 1247, 1250 (9th Cir. 2006); *Willis v. Craig*, 555 F.2d 724, 726 n.4 (9th Cir. 1977).  According to the Complaint, the nature and substance of the Plaintiff's cause of action states that Plaintiff, a UPS employee, was allegedly injured at a train yard located at 1601 Atlas Road, Richmond, County of Contra Costa, State of California.  Specifically, Plaintiff alleges that he suffered injuries when a shipping container that was being picked up and transferred to a trailer from a train by a crane operated by defendant Franco

Herrera, fell on Plaintiff's vehicle and injured Plaintiff.  Plaintiff alleges that the container was not properly secured by the crane operator.

6.      According to the Complaint, the alleged accident occurred on the train yard which, upon information and belief, is a federal enclave.

7.      Accordingly, this case is a civil action founded on a claim or right arising under the laws of the United States and Acts of Congress regulating Commerce over which this Court has original jurisdiction, and is therefore one which may be removed from the Superior Court of California, County of Contra Costa, pursuant to 28 U.S.C. §§ 1337 and 1441.

8.      No other process, pleadings or orders have been served upon IOX.  *See* 28 U.S.C. § 1446(a).  As required by § 1446(b), certified or attested copies of all records, proceedings, and docket entries in state court will be filed with this Court within thirty (30) days of this Notice of Removal.

9.      Pursuant to § 1446(d), IOX shall promptly give written notice hereof to all adverse parties and file a copy of this Notice of Removal with the Superior Court of California, County of Contra Costa, located at 725 Court Street, Martinez, California 94553, notifying that court of this removal.  A copy of the state court notice to be filed (without exhibits) is attached hereto as Exhibit B.

WHEREFORE, Defendant IOX hereby effects the removal of the cause and requests that this Court maintain jurisdiction over it provided by law.

DATED:  April 8, 2022                           SEYFARTH SHAW LLP


By___/s/ Pamela L. Vartabedian_____
          Bryan O'Keefe *(Pro Hac Vice Application forthcoming)*
          Pamela L. Vartabedian

Attorneys for Defendants
IOX, LLC BY REMPREX, LLC
and FRANCO HERRERA

# *Exhibit A*

*Exhibit A*


# CSC

## Notice of Service of Process

TMM / ALL
Transmittal Number: 24595969
Date Processed: 03/11/2022

| Primary Contact: | Aleksandra Siurek<br>Remprex, LLC<br>4343 Commerce Ct<br>Ste 300<br>Lisle, IL 60532-3616 |
|---|---|
| Electronic copy provided to: | Laura Plocinski |

| | |
|---|---|
| Entity: | Iox, LLC<br>Entity ID Number  4128290 |
| Entity Served: | IOX, LLC By Remprex, LLC |
| Title of Action: | Daniel Bradshaw vs. Franco Herrera |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Contra Costa County Superior Court, CA |
| Case/Reference No: | C22-00422 |
| Jurisdiction Served: | California |
| Date Served on CSC: | 03/09/2022 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Boxer & Gerson LLP<br>510-835-8870 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** FRANCO HERRERA, IOX, LLC BY
**(AVISO AL DEMANDADO):** REMPREX, LLC and DOES 1 TO 20

**YOU ARE BEING SUED BY PLAINTIFF:** DANIEL BRADSHAW
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**



*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

F I L E D

MAR 0 4 2022

K. BIXLER, CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____
K. Vaquerano, Deputy Clerk

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is:<br>(El nombre y dirección de la corte es):<br>Superior Court of California, County of Contra Costa<br>725 Court Street<br>Martinez, California 94553 | CASE NUMBER:<br>(Número del Caso):<br><br>C 22 - 0 0 4 2 2 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: GARY B. ROTH, Esq.
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
BOXER & GERSON LLP
300 FRANK H OGAWA PLZ, STE 500, OAKLAND, CA 94612                    (510) 835-8870

| DATE:<br>(Fecha) | MAR 0 4 2022 | Clerk, by<br>(Secretario) | K. VAQUERANO | , Deputy<br>(Adjunto) |
|---|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify):    IOX, LLC BY REMPREX, LLC

under: ☐ CCP 416.10 (corporation)                ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)       ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☒ other (specify):   CCP 17701.16 LLC
4. ☐ by personal delivery on (date):

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| GARY B. ROTH, Esq.    SBN: 248031<br>BOXER & GERSON LLP<br>300 FRANK H OGAWA PLZ, STE 500<br>OAKLAND, CA 94612<br>TELEPHONE NO: (510) 835-8870    FAX NO. *(Optional)*: (510) 835-0415<br>E-MAIL ADDRESS *(Optional)*: groth@boxerlaw.com<br>ATTORNEY FOR *(Name)*: Daniel Bradshaw | **F I L E D**<br><br>MAR 04 2022<br><br>K. BIEKER CLERK OF THE COURT<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF CONTRA COSTA<br>By: _____ K. Valdovinos, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS: Same As Above
CITY AND ZIP CODE: Martinez, 94553
BRANCH NAME: Wakefield Taylor Courthouse

PLAINTIFF: DANIEL BRADSHAW

DEFENDANT: FRANCO HERRERA, IOX, LLC BY REMPREX, LLC, and

[X] DOES 1 TO ___20___

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | |
|---|---|
| [ ] AMENDED *(Number)*: | |
| Type *(check all that apply)*: | |
| [ ] MOTOR VEHICLE    [X] OTHER *(specify)*: | |
|    [ ] Property Damage    [ ] Wrongful Death | |
|    [X] Personal Injury    [ ] Other Damages *(specify)*: | |

PER LOCAL RULE, THIS
CASE IS ASSIGNED TO
DEPT. 07 FOR ALL
PURPOSES

SUMMONS ISSUED

| Jurisdiction *(check all that apply)*: | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE | |
| Amount demanded    [ ] does not exceed $10,000 | |
|    [ ] exceeds $10,000, but does not exceed $25,000 | **C22-00422** |
| [X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) | |
| [ ] ACTION IS RECLASSIFIED by this amended complaint | |
|    [ ] from limited to unlimited | |
|    [ ] from unlimited to limited | |

1. Plaintiff *(name or names)*: Daniel Bradshaw
   alleges causes of action against defendant *(name or names)*: Franco Herrera, IOX, LLC by Remprex, LLC and DOES 1 to 20
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 (Rev. January 1, 2007)

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

PLD-PI-001

| SHORT TITLE: BRADSHAW v. HERRERA, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
    a. ☒ except defendant *(name):* IOX, LLC by Remprex, LLC
        (1) ☐ a business organization, form unknown
        (2) ☐ a corporation
        (3) ☒ an unincorporated entity *(describe):*
            Limited Liability Company
        (4) ☐ a public entity *(describe):*

        (5) ☐ other *(specify):*

    b. ☐ except defendant *(name):*
        (1) ☐ a business organization, form unknown
        (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe):*

        (4) ☐ a public entity *(describe):*

        (5) ☐ other *(specify):*

    c. ☐ except defendant *(name):*
        (1) ☐ a business organization, form unknown
        (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe):*

        (4) ☐ a public entity *(describe):*

        (5) ☐ other *(specify):*

    d. ☐ except defendant *(name):*
        (1) ☐ a business organization, form unknown
        (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe):*

        (4) ☐ a public entity *(describe):*

        (5) ☐ other *(specify):*

    ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
    a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other
        named defendants and acted within the scope of that agency or employment.
    b. ☒ Doe defendants *(specify Doe numbers):* 1 to 20 _____ are persons whose capacities are unknown to
        plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
    a. ☒ at least one defendant now resides in its jurisdictional area.
    b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
    d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, and
    a. ☒ has complied with applicable claims statutes, or
    b. ☐ is excused from complying because *(specify):*

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: BRADSHAW v. HERRERA, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify):* Prejudgment interest according to law; costs of suit; and, such other and further relief as is just and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: March 3, 2022

GARY B. ROTH
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: BRADSHAW v. HERRERA, et al. | CASE NUMBER: |
|---|---|

| FIRST | **CAUSE OF ACTION—General Negligence** | Page 4 |
|---|---|---|

(number)

ATTACHMENT TO [ X ] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: DANIEL BRADSHAW

alleges that defendant *(name)*: FRANCO HERRERA, IOX, LLC BY REMPREX, LLC, and

[ X ] Does ___1___ to ___20___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*: March 8, 2021
at *(place)*: or near 1601 Atlas Road, Richmond, California

*(description of reasons for liability):*

   Venue in this civil action is proper in the County of Contra Costa pursuant to California Code of Civil Procedure
section 395(a) as this action has been instituted in the Superior Court in and for the County of Contra Costa, and Contra
Costa County is the county where the injury occurred.
   The events described herein occurred on or about March 8, 2021 at a trainyard located at 1601 Atlas Road, Richmond,
County of Contra Costa, State of California;
   Plaintiff Daniel Bradshaw was at all times herein mentioned a person, of the full age of majority and a resident of San
Rafael, County of Marin, State of California; at all times herein mentioned plaintiff Daniel Bradshaw was an employee of
UPS, 1601 Atlas Road, Richmond, California 94806 and was within the course and scope of his employment.
   At all times herein mentioned defendant Franco Herrera was an employee of defendant IOX, LLC by Remprex, LLC
and upon information and belief a resident of Contra Costa County, State of California.
   At all times herein mentioned defendant IOX, LLC by Remprex, LLC was a business entity incorporated under the
laws of the State of Illinois and registered to do business and doing business in the State of California.
   On or about March 8, 2021, while plaintiff Daniel Bradshaw was working at a trainyard for UPS located at 1601 Atlas
Road, Richmond, California, plaintiff Daniel Bradshaw suffered injuries when a shipping container being picked up and
transferred to a trailer from a train by crane operator defendant Franco Herrera fell on the vehicle operated by plaintiff
Daniel Bradshaw as he waited to move the loaded trailer to an alternate location. Plaintiff is informed and believes that
the shipping container fell on his vehicle resulting in injuries to Daniel Bradshaw on March 8, 2021 because it was not
properly secured by the crane operator Franco Herrera while it was being transferred.
   As a legal result of the acts of and/or omissions of defendants, and each of them, plaintiff was hurt and injured in his
health, strength and activity, sustained injury to his body and shock and injury to his nervous system and person, all of
which have caused him great mental and physical pain, suffering, and emotional distress, will in the future cause him
permanent disability, and have resulted in general damages in an amount in excess of the jurisdictional minimum of this
Court; plaintiff was and is required to employ physicians, surgeons, and other health care providers to examine, treat, and
care for him, and to incur medical and related expenses in an amount in excess of the jurisdictional minimum of this
Court; plaintiff was prevented from attending to his usual occupation, sustaining loss of earnings, loss of earning
capacity, vocational rehabilitation expenses, and other economic losses in an amount in excess of the jurisdictional
minimum of this Court.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
**CAUSE OF ACTION—General Negligence**
Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

BRADSHAW VS FRANCO HERRERA, IOX, LLC

NOTICE OF CASE MANAGEMENT CONFERENCE                  CIVMSC22-00422

1.  NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE:  07/20/22      DEPT:  07        TIME:   8:30

THIS FORM, A COPY OF THE NOTICE TO DEFENDANTS, THE ADR INFORMATION
SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK
STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES
SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY
OF RECORD MUST APPEAR.

2.  You may stipulate to an earlier Case Management Conference.  If
all parties agree to an early Case Management Conference, please
contact the Court Clerk's Office at (925)608-1000 for Unlimited Civil
and Limited Civil cases for assignment of an earlier date.

3.  You must be familiar with the case and be fully prepared to par-
ticipate effectively in the Case Management Conference and to discuss
the suitability of this case for the EASE Program, private mediation,
binding or non-binding arbitration, and/or use of a Special Master.

4.  At any Case Management Conference the court may make pretrial
orders including the following:

    a.  an order establishing a discovery schedule
    b.  an order referring the case to arbitration
    c.  an order transferring the case to limited jurisdiction
    d.  an order dismissing fictitious defendants
    e.  an order scheduling exchange of expert witness information
    f.  an order setting subsequent conference and the trial date
    g.  an order consolidating cases
    h.  an order severing trial of cross-complaints or bifurcating
        issues
    i.  an order determining when demurrers and motions will be filed

                         SANCTIONS
If you do not file the Case Management Conference Questionnaire or
attend the Case Management Conference or participate effectively in
the Conference, the court may impose sanctions (including dismissal of
the case and payment of money).

     Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this
action, and that I delivered or mailed a copy of this notice to the
person representing the plaintiff/cross-complainant.

Dated:  03/04/22

                              _____
                              K. VAQUERANO
                              Deputy Clerk of the Court

## Superior Court of California, County of Contra Costa

## <u>Interpreter Request</u>

If you need an interpreter, please complete the form below and submit it to any Filing Window or courtroom.

Case Number: _____

**Case Type:**

☐ Criminal                      ☐ Small Claims – ($10,000 or less)

☐ Traffic                        ☐ Civil - ☐ $25,000 ☐ over $25,000

☐ Civil Harassment        ☐ Civil – Other _____

☐ Conservatorship        ☐ Family Law

☐ Proceedings to terminate parental rights   ☐ Unlawful Detainer

☐ Dependent Adult Abuse    ☐ Guardianship

☐ Juvenile                       ☐ Elder Abuse

Party Requesting Interpreter:_____

Is interpreter for a witness?  ☐ Yes  ☐ No

Phone Number(s) where party can be reached: _____

Date of Hearing: _____   Time of Hearing: _____

Department: _____ Location: ☐ Martinez ☐ Pittsburg ☐ Richmond ☐ Walnut Creek

Language Needed: ☐ Spanish ☐ Mandarin ☐ Cantonese ☐ Vietnamese

☐ Other: _____

To avoid the risk that your hearing will have to be postponed, please submit this form a minimum of one week in advance.

Current information about this program is available at our website:
www.cc-courts.org/interpreter

# Superior Court of California, County of Contra Costa

### Solicitud Para Intérprete

Si necesita un intérprete, favor completar este formulario y presentarlo en cualquier ventanilla para archivar documentos o con la secretaria del tribunal.

Número de Caso:_____

**Tipo de Caso:**

☐ Criminal

☐ Tráfico

☐ Acoso Civil

☐ Conservador

☐ Casos para Terminar Derechos de
    Madre o Padre

☐ Abuso de Adultos Incapacitados

☐ Tribual de Menores

☐ Demanda Civil – ($10,000 o menos)

☐ Demanda Civil -
    ☐ $25,000  ☐ más de $25,000

☐ Civil – otro tipo _____

☐ Casos de Familia

☐ Juicio de Desalojo

☐ Tutela

☐ Abuso de Personas Mayores

Persona que Necesita Intérprete: _____

☐ Marque aquí si esta persona es un testigo

Número Telefónico: _____

Fecha de la Audiencia Judicial: _____     Hora: _____

Departamento: _____  Ciudad: ☐ Martinez  ☐ Pittsburg  ☐ Richmond  ☐ Walnut Creek

Idioma Solicitado:   ☐ Español  ☐ Mandarín  ☐ Cantonés  ☐ Vietnamita

              ☐ Otro Idioma: _____

Para evitar la posibilidad que su audiencia sea aplazada, favor the presentar este formulario al menos una semana antes de la fecha de su audiencia.

Información actualizada acerca de este servicio se encuentra en nuestra página web: www.cc-courts.org/interpreter

## Superior Court of California, County of Contra Costa

# NOTICE TO DEFENDANTS
### In Unlimited Jurisdiction Civil Actions

**YOU ARE BEING SUED.** The packet you have been served should contain:

    a.   The Summons

    b.   The Complaint

    c.   The Notice of Case Management (shows hearing date and time)

    d.   <u>Blank</u>: Case Management Statement (Judicial Council Form CM-110)

    e.   <u>Blank</u>: Stipulation and Order to Attend ADR and Delay First Case Management Conference 90 Days (Local Court Form CV-655b)

    f.   Alternative Dispute Resolution (ADR) Information  (Local Court Form CV-655c-INFO)

---

 ## WHAT DO I DO NOW? 

### You must:

1. **Prepare your response**   YOU COULD LOSE YOUR CASE—even before it is heard by a judge or before you can defend yourself, if you do not prepare and file a response on time. See the other side of this page for types of responses you can prepare.

2. **Complete the *Case Management Statement* (CM-110)**

3. **File and serve your court papers on time**   Once your court forms are complete, you <u>must</u> file 1 original and 2 copies of the forms at court. An adult who is NOT involved in your case must serve one set of forms on the Plaintiff. If you were served in person you must file your response in 30 days. If the server left a copy of the papers with an adult living at your home or an adult in charge at your work or you received a copy by mail you must file your response in 40 days.

4. **Prove you served your court papers on time**   by having your server complete a *Proof of Service, (Judicial Council form POS-040)*, that <u>must</u> be filed at the court within <u>60</u> days.

5. **Go to court** on the date and time given in the *Notice of Case Management Conference.*

6. **Consider trying to settle your case before trial**   If you and the other party to the case can agree to use mediation, arbitration or neutral case evaluation, the *Stipulation and Order to Attend ADR and Delay First Case Management Conference 90 Days* can be filed with your other papers. For more information read the enclosed ADR information, visit www.cc-courts.org/adr, or email adrweb@contracosta.courts.ca.gov.

**IMPORTANT! The court recommends consulting an attorney for all or part of your case. While you may represent yourself, lawsuits can be complicated, and the court cannot give you legal advice.**

---

**COURT FEES:** You must pay court fees the first time you file your papers.  If you also file a motion, you must pay another fee.  If you cannot afford the fees, you may ask the court to waive (allow you not to pay) fees. Use Judicial Council forms FW-001-INFO [information sheet]; FW-001 [application]; and FW-003 [order].

**COURT FORMS:** Buy forms at the Law Library (1020 Ward Street, Martinez, CA) or download them for free at: www.courtinfo.ca.gov/forms/

## WHAT KIND OF RESPONSES CAN I FILE?

1. If you disagree with some or all of what the plaintiff says in the complaint because you believe, or know it is not true, you can file an ANSWER.

2. If you have a claim in the same case against the plaintiff, you may file a CROSS-COMPLAINT.

3. If you want to ask the court to do something on your behalf, you may file a MOTION *(See TYPES OF MOTIONS below)*

## HOW DO I PREPARE AN ANSWER?

There are two kinds of Answers you can use, depending on whether the Complaint was verified. You can tell if a Complaint is verified because it says "Verified Complaint" and/or has a signed oath on the last page.

**For complaints that are NOT verified:**

    Use Judicial Council form PLD-050 – General Denial

**For complaints that ARE verified:**

    a. For personal injury, property damage, and wrongful death claims, use Judicial Council PLD-PI-003 (do not check number 2).

    b. For contract claims, use Judicial Council PLD-C-010 (do not check number 3a).

    c. Be sure to deny every claim with which you disagree. For example, you might write: *"I believe, or know, that the information in paragraph #___ is untrue/incorrect."* Continue your list until you have addressed each paragraph in the Complaint.

**NOTE:** The Judicial Council Answer forms have spaces for your affirmative defenses. Be sure to include them or you may not be able to use them later. To find out what your affirmative defenses might be, go to the law library and ask the librarian to help you find the information you need.

**If you want to file a Cross-Complaint, you must do so at the same time you file the Answer.**

    a. For a personal injury, property damage, and/or wrongful death Cross-Complaint, use Judicial Council form PLD-PI-002.

    b. For a contract Cross-Complaint, use Judicial Council PLD-C-001.

## TYPES OF MOTIONS

Written motions are documents that ask the court to do something. You may have to file an *Answer* at the same time. At this point in the case, you can only make Motions from the following list:

1. Demurrer *(the facts stated in the complaint are wrong, or the deadline to file the lawsuit has passed)*;

2. Motion to Strike *(the complaint is unclear; does not follow the law, "doesn't matter", etc.)*;

3. Motion to Transfer *(the complaint is in the wrong court or there's a more appropriate court)*;

4. Motion to Quash Service of Summons *(you were not legally served)*;

5. Motion to Stay *(put the case on hold)*; or

6. Motion to Dismiss *(stops the case)*.

    **NOTE: Motions are very complicated and you may want to hire a lawyer to help you.**

## WHERE CAN I GET MORE HELP?

- **Lawyer Referral Service:** (925) 825-5700
- **Bay Area Legal Aid:** (800) 551-5554
- **Contra Costa County Law Library**    Martinez: (925) 646-2783    Richmond: (510) 374-3019
- **Ask the Law Librarian:**    www.247ref.org/portal/access_law3.cfm

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**IN AND FOR THE COUNTY OF CONTRA COSTA**

_____

_____

Plaintiff(s) / Cross Plaintiff(s)

vs.

_____

_____

Defendant(s) / Cross Defendant(s)

### _ADR Case Management Stipulation and Order_
### _(Unlimited Jurisdiction Civil Cases)_

**CASE NO:** _____

---

▶ ALL PARTIES STIPULATING TO ADR AND DELAYING THEIR CASE MANAGEMENT CONFERENCE 90 DAYS MUST **SUBMIT THE ORDER FOR THE JUDGE'S SIGNATURE AND FILE THIS FORM AT LEAST 15 DAYS BEFORE THEIR CASE MANAGEMENT CONFERENCE.** (NOT AVAILABLE IN COMPLEX LITIGATION CASES.)

▶ PARTIES MUST ALSO SEND A COPY OF THIS <u>FILED</u> STIPULATION AND ORDER TO THE ADR OFFICE: EMAIL adrweb@contracosta.courts.ca.gov  FAX: (925) 608-2109  MAIL: P.O. BOX 911, MARTINEZ, CA 94553

---

**Counsel and all parties agree to delay their case management conference 90 days to attend ADR and complete pre-ADR discovery as follows:**

1. <u>Selection and scheduling for Alternative Dispute Resolution (ADR):</u>
   a. The parties have agreed to ADR as follows:
      i. ❑ Mediation   ❑ Court-connected ❑ Private)
      ii. ❑ Arbitration   ❑ Judicial Arbitration (non-binding)   ❑ Private (non-binding)   ❑ Private (binding))
      iii. ❑ Neutral case evaluation
   b. The ADR neutral shall be selected by *(date)*: _____ *(no more than 14 days after filing this form)*
   c. ADR shall be completed by *(date)*: _____ *(no more than 90 days after filing this form)*

2. <u>The parties will complete the following discovery plan:</u>
   a. ❑ Written discovery:   (❑ Additional page(s) attached)
      i. ❑ Interrogatories to:
      ii. ❑ Request for Production of Documents to:
      iii. ❑ Request for Admissions to:
      iv. ❑ Independent Medical Evaluation of:
      v. ❑ Other:
   b. ❑ Deposition of the following parties or witnesses: (❑ Additional page(s) attached)
      i. _____
      ii. _____
      iii. _____
   c. ❑ No Pre-ADR discovery needed

3. The parties also agree: _____

4. Counsel and self-represented parties represent they are familiar with and will fully comply with all local court rules related to ADR as provided in Title Three; Chapter 5, <u>will pay the fees associated with these services</u>, and understand that if they do not, without good cause, comply with this stipulation and all relevant local court rules, they may be subject to sanctions.

| Counsel for Plaintiff *(print)* | Fax | Counsel for Defendant *(print)* | Fax |
|---|---|---|---|
| Signature | | Signature | |
| Counsel for Plaintiff *(print)* | Fax | Counsel for Defendant *(print)* | Fax |
| Signature | | Signature | |

---

Pursuant to the Stipulation of the parties, and subject to the *Case Management Order* to be filed, **IT IS SO ORDERED** that the Case Management Conference set for _____ is vacated and rescheduled for _____ at (8:30 a.m. / _____ ) <u>Plaintiff / Plaintiff's counsel must notify all parties of the new case management conference.</u>

Dated: _____   _____
                                                      **Judge of the Superior Court**

---

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.:       FAX NO. *(Optional)*: <br> E-MAIL ADDRESS: <br> ATTORNEY FOR *(Name)*: | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
  STREET ADDRESS:
  MAILING ADDRESS:
CITY AND ZIP CODE:
  BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| *(Check one):* ☐ **UNLIMITED CASE**      ☐ **LIMITED CASE** <br> (Amount demanded         (Amount demanded is $25,000 <br> exceeds $25,000)           or less) | |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date:        Time:        Dept.:        Div.:        Room:

Address of court *(if different from the address above)*:

☐   Notice of Intent to Appear by Telephone, by *(name)*:

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** *(answer one)*:
   a. ☐   This statement is submitted by party *(name)*:
   b. ☐   This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a.   The complaint was filed on *(date)*:
   b. ☐   The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐   All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐   The following parties named in the complaint or cross-complaint
       (1) ☐   have not been served *(specify names and explain why not)*:

       (2) ☐   have been served but have not appeared and have not been dismissed *(specify names)*:

       (3) ☐   have had a default entered against them *(specify names)*:

   c. ☐   The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:

4. **Description of case**
   a.   Type of case in ☐ complaint     ☐ cross-complaint     *(Describe, including causes of action)*:

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. September 1, 2021]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**

The party or parties request ☐ a jury trial  ☐ a nonjury trial.  *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.  ☐ The trial has been set for  *(date):*
b.  ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint  *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**

The party or parties estimate that the trial will take *(check one):*
a.  ☐ days *(specify number):*
b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*

The party or parties will be represented at trial  ☐ by the attorney or party listed in the caption  ☐ by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:                          f.  Fax number:
e.  E-mail address:                            g.  Party represented:
☐ Additional representation is described in Attachment 8.

9.  **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.

(1)  For parties represented by counsel: Counsel ☐ has  ☐ has not  provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2)  For self-represented parties: Party ☐ has  ☐ has not  reviewed the ADR information package identified in rule 3.221.

b.  **Referral to judicial arbitration or civil action mediation** (if available).
(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

10. c.   Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

    (1) Name of case:

    (2) Name of court:

    (3) Case number:

    (4) Status:

    ☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| | | |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CASE MANAGEMENT STATEMENT**

**CM-110**

| PLAINTIFF/PETITIONER:<br>DEFENDANT/RESPONDENT: | CASE NUMBER: |
|---|---|

**17. Economic litigation**

    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**18. Other Issues**

    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

**19. Meet and confer**

    a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

    b. ☐ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

**20.** Total number of pages attached *(if any)*: _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

     **CASE MANAGEMENT STATEMENT**     



**CONTRA COSTA COUNTY SUPERIOR COURT**
**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION**

---

All judges in the Civil Trial Delay Reduction Program agree that parties should consider using Alternative Dispute Resolution (ADR) to settle their cases. To tell the court you will use ADR:

- Choose ADR on the *Case Management Form (CM-110)*;
- File a *Stipulation and Order to Attend ADR and Continue First Case Management Conference 90-Days* (local court form); or
- Agree to ADR at your first court appearance.

*Questions? Email adrweb@contracosta.courts.ca.gov or call (925) 608-2075*

---

## MEDIATION

Mediation is often faster and less expensive than going to trial. Mediators help people who have a dispute talk about ways they can settle their case. Parties email, fax or visit the ADR Programs office to get a list of mediators. After parties have agreed on a mediator, they must write a summary (5 pages or less) explaining the facts, legal arguments, and legal authority for their position. They must send this summary to the other parties and the mediator at least 5 court days before mediation starts.

ALL parties and attorneys must go to mediation. Mediation can be held whenever and wherever the parties and the mediator want, as long as they finish before the court deadline. In some kinds of court cases, parties have the chance to mediate in the courthouse on their trial day.

Most mediators begin by talking with the parties together, helping them focus on the important issues. The mediator may also meet with each party alone. Mediators often ask parties for their ideas about how to settle the case. Some mediators tell the parties how much money they think a case is worth, or tell them what they think might happen if the case went to trial. Other mediators help the parties decide these things for themselves. No matter what approach a mediator takes, decisions about settling a case can only be made when all the parties agree.

If the parties go through the court ADR program, mediators do not charge fees for the first half hour spent scheduling or preparing for mediation. They also do not charge fees for the first two hours of mediation. If parties need more time, they must pay the mediators regular fees. Some mediators ask for a deposit before mediation starts. Mediators who do this must give back whatever is left after counting the time he or she spent preparing for or doing the mediation. A party whose court fees have been waived (cancelled) may ask if their mediation fees or deposit can be waived.

If parties agree about how they will settle their case, they can choose to keep it private, write it up as a contract, or ask the judge to make it a court order. What parties say and agree to in mediation is confidential (private).

## PRIVATE MEDIATION

Private mediation works in the same way as judicial mediation, but the parties do not go through the ADR Programs office. Parties choose a mediator on their own, and pay the mediator's normal fees.

## JUDICIAL ARBITRATION (non-binding)

In judicial arbitration, an independent attorney (arbitrator) looks at the evidence, listens to the parties and their witnesses, and decides how the case will be settled. Judicial arbitration is less formal than court. Parties email, fax or visit the ADR Programs office to get a list of arbitrators. If they cannot agree on an arbitrator, the court will assign one. The judge can send cases to arbitration if there is less than $50,000 in dispute. The person who started the court case can make sure the case goes to arbitration if they agree to limit the amount they are asking for to $50,000. Parties can also agree they want to use judicial arbitration. The arbitrator must send their decision (award) to the court within 10 days of the last hearing. The award becomes a court judgment unless a party asks the court to review the case within 60 days. Parties must use the ADR-102 form to ask for a new court hearing (called a trial de novo.) Judicial arbitrators charge $150 per case or per day.

## PRIVATE ARBITRATION (non-binding and binding)

Private, non-binding arbitration is the same as judicial arbitration, except that the parties do not go through the ADR Programs office to choose an arbitrator, and the arbitrator's award will not become a judgment of the court unless all parties agree. Parties must pay the arbitrator's normal fees.

Binding arbitration is different from judicial or private non-binding arbitration because the arbitrator's decision is final. Parties give up their right to have a judge review their case later (except for reasons listed in California Code of Civil Procedure, Section 1286.2.) Binding arbitration rules are listed in California Code of Civil Procedure, Sections 1280-1288.8. Parties may also agree any time before the judge has made a decision that ends the case to switch to binding arbitration. Parties choose the arbitrator on their own, and must pay the arbitrator's normal (not $150) fees.

## SETTLEMENT MENTOR CONFERENCE

Settlement mentors are independent, experienced trial attorneys that a judge has assigned to help parties look for ways to settle their case. The conference is free and is held in the courthouse. It is often held on the morning of trial, but it can be scheduled anytime. These conferences usually last two or three hours. Parties do not present evidence and do not call witnesses. Parties can ask the settlement mentor to keep some information confidential (private) from the other party, but not from the judge. The settlement mentor can share any information with the judge, or involve the judge in settlement discussions. All principals, clients, and claims representatives must attend the settlement mentor conference.

## NEUTRAL CASE EVALUATION

In neutral case evaluation, an independent attorney (evaluator) reviews documents and listens to each party's side of the case. The evaluator then tells the parties what they think could happen if the case went to trial. Many people use the evaluator's opinion to reach an agreement on their own, or use this information later in mediation or arbitration to settle their case.

Parties email, fax or visit the ADR Programs office to get a list of evaluators. After parties have agreed on an evaluator, they must write a summary (5 pages or less) explaining the facts, legal arguments, and legal authority for their position. They must send this summary to the other parties and the evaluator at least 5 court days before evaluation starts. ALL parties and their attorneys must go to neutral case evaluation. The evaluation can be held whenever and wherever the parties and the evaluator want, as long as they finish before the court deadline. If the parties go through the court's ADR program, evaluators do not charge any fees for the first half hour spent scheduling or preparing for the evaluation conference. They also do not charge fees for the first two hours of the evaluation. If parties need more time, they must pay that evaluators regular fees. Some evaluators ask for a deposit before evaluation starts. Evaluators who do this must give back whatever is left after counting the time he or she spent preparing for or doing the evaluation. A party whose court fees have been waived (cancelled) may ask if their evaluation fees or deposit can be waived.

## TEMPORARY JUDGE

Some parties want a trial, but want to choose who will decide the case and when the trial will take place. Parties can agree on an attorney that they want the court to appoint as a temporary judge for their case. (See Article 6, Section 21 of the State Constitution and Rule 2.830 of the California Rules of Court.) Temporary judges have nearly the same authority as a superior court judge to conduct a trial and make decisions. As long as the parties meet the court deadline, they can schedule the trial at their own and the temporary judge's convenience.

Each of the temporary judges on the court's panel has agreed to serve at no charge for up to 5 court days. If the parties need more time, they must pay that person's regular fees. All parties and their lawyers must attend the trial, and provide a copy of all briefs or other court documents to the temporary judge at least two weeks before the trial. These trials are similar to other civil trials, but are usually held outside the court. The temporary judge's decision can be appealed to the superior court. There is no option for a jury trial. The parties must provide their own court reporter.

## SPECIAL MASTER

A special master is a private lawyer, retired judge, or other expert appointed by the court to help make day-to-day decisions in a court case. The special master's role can vary, but often includes making decisions that help the discovery (information exchange) process go more smoothly. He or she can make decisions about the facts in the case. Special masters can be especially helpful in complex cases. The trial judge defines what the special master can and cannot do in a court order.

Special masters often issue both interim recommendations and a final report to the parties and the court. If a party objects to what the special master decides or reports to the court, that party can ask the judge to review the matter. In general, the parties choose (by stipulation) whom they want the court to appoint as the special master, but there are times (see California Code of Civil Procedure Section 639), when the court may appoint a special master or referee without the parties' agreement. The parties are responsible to pay the special master's regular fees.

## COMMUNITY MEDIATION SERVICES

Mediation Services are available through non-profit community organizations. These low-cost services are provided by trained volunteer mediators. For more information about these programs contact the ADR Program at adrweb@contracosta.courts.ca.gov

# *Exhibit B*

*Exhibit B*

1    SEYFARTH SHAW LLP
     Bryan O'Keefe (*Pro Hac Vice Application Forthcoming*)
2    bokeefe@seyfarth.com
     975 F Street, NW
3    Washington, DC 20004
     Telephone:    (202) 463-2400
4    Facsimile:    (202) 828-5393

5
     SEYFARTH SHAW LLP
6    Pamela L. Vartabedian (SBN 251133)
     *pvartabedian@seyfarth.com*
7    560 Mission Street, 31st Floor
     San Francisco, California  94105
8    Telephone:    (415) 397-2823
     Facsimile:    (415) 397-8549
9
     Attorneys for Defendant
10   IOX, LLC By Remprex, LLC

11                     **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12                          **FOR THE COUNTY OF CONTRA COSTA**

13

14   DANIEL BRADSHAW,                    )   Case No. C22-00422
                                         )
15              Plaintiff,               )
                                         )
16        v.                             )   **NOTICE TO PLAINTIFF AND  STATE**
                                         )   **COURT OF REMOVAL TO THE**
17   FRANCO HERRERA, IOX, LLC BY         )   **NORTHERN DISTRICT OF**
     REMPREX, LLC and DOES 1 TO 20,      )   **CALIFORNIA**
18                                       )
                Defendants.              )
19                                       )
                                         )
20                                       )
                                         )
21   _____)

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that this case, which was previously pending in the Superior Court of

2   California, County of Contra Costa, has been removed to the United States District Court for the

3   Northern of California by the Defendant IOX, LLC By Remprex, LLC, pursuant to 28 U.S.C. §§ 1331

4   and 1446. A copy of the Notice of Removal, filed with the United States District Court for the Northern

5   District of California, is attached hereto as **Exhibit A**.

6    PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), this Court "shall

7   proceed no further unless and until the case is remanded."

8

9   DATED:  April 8, 2022                    SEYFARTH SHAW LLP

10

11                                   By___/s/ Pamela L. Vartabedian_____
                                         Bryan O'Keefe *(Pro Hac Vice Application*
12                                       *forthcoming)*
                                         Pamela L. Vartabedian
13
                                         Attorneys for Defendant
14                                       IOX, LLC By Remprex, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 560 Mission Street, 31st Floor, San Francisco, California  94105.  On April 8, 2022, I served the within document(s):

### **NOTICE TO PLAINTIFF AND  STATE COURT OF REMOVAL TO THE NORTHERN DISTRICT OF CALIFORNIA**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope or package provided by Federal Express with postage paid on account and deposited for collection with FedEx at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.


Gary B. Roth, Esq.
BOXER & GERSON LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone:  (510) 835-8870
Facsimile:  (510) 835-0415
groth@boxerlaw.com

***Attorneys for Plaintiff***
***DANIEL BRADSHAW***


I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 8, 2022, at San Francisco, California.



_____
Jennifer Doctor

81817323v.1

**PROOF OF SERVICE**

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 560 Mission Street, 31st Floor, San Francisco, California  94105.  On April 8, 2022, I served the within document(s):

**DEFENDANT IOX, LLC BY REMPREX, LLC'S NOTICE OF REMOVAL**

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒    by placing the document(s) listed above in a sealed envelope or package provided by Federal Express with postage paid on account and deposited for collection with FedEx at San Francisco, California, addressed as set forth below.

☐    by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

    Gary B. Roth, Esq.
    BOXER & GERSON LLP
    300 Frank H. Ogawa Plaza, Suite 500
    Oakland, CA 94612
    Telephone:  (510) 835-8870
    Facsimile:  (510) 835-0415
    groth@boxerlaw.com

    *Attorneys for Plaintiff*
    *DANIEL BRADSHAW*

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on April 8, 2022, at San Francisco, California.

_____
                  Jennifer Doctor

81816973v.1