Pamela L. Vartabedian – SBN 251133
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: pvartabedian@seyfarth.com

Craig A. Livingston – SBN 148551
J. Jasmine Jenkins – SBN 331368
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: clivingston@livingstonlawyers.com
       jjenkins@livingstonlawyers.com

Attorneys for Defendants
IOX, LLC, REMPREX, LLC sued erroneously as
"IOX LLC By Remprex, LLC" and FRANCO HERRERA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRADSHAW,<br><br>Plaintiff,<br><br>v.<br><br>FRANCO HERRERA, IOX, LLC BY REMPREX, LLC AND DOES 1 TO 20,<br><br>Defendants. | Case No. 4:22-CV-02220-HSG<br><br>**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON**<br><br>Complaint Filed:  03/04/22<br>[Contra Costa Superior Court Case No.: MSC22-00422] |

Plaintiff DANIEL BRADSHAW and defendants IOX, LLC, REMPREX, LLC sued erroneously as "IOX LLC By Remprex, LLC" and FRANCO HERRERA (hereinafter collectively "the Parties") stipulate as follows:

1. On March 4, 2022, Plaintiff commenced an action in the Superior Court of the State of California, in and for the County of Contra Costa, entitled, "*DANIEL BRADSHAW, Plaintiff v. FRANCO HERRERA, IOX, LLC BY REMPREX, LLC AND DOES 1 TO 20,*

*Defendants*," Case No. MSC22-00422 (the "Action").

2. On April 8, 2022, Defendants filed a notice of removal of the Action pursuant to 28 U.S.C. §§ 1337 and 1441 with the United States District Court for the Northern District of California [Docket 1].

3. On April 11, 2022, Defendants completed the removal process by filing a conformed copy of the notice of removal with the Contra Costa County Superior Court.

4. On May 6, 2022, Plaintiff filed a motion to remand this case to the Contra Costa County Superior Court [Docket 12].

5. After some discussion between counsel for Plaintiff and counsel for Defendants, the Parties have agreed that the Action should be remanded to the Contra Costa County Superior Court and so stipulate.

6. The Parties further stipulate that each party shall bear its own costs and attorneys' fees in connection with the removal, remand motion and subsequent remand of the Action pursuant to this stipulation and order.

**IT IS SO STIPULATED.**

Dated: May 18, 2022                     LIVINGSTON LAW FIRM

By _____
Craig A. Livingston
Attorneys for Defendants
IOX, LLC, REMPREX, LLC sued erroneously as "IOX LLC By Remprex, LLC" and FRANCO HERRERA

Dated: May 18, 2022                     LIVINGSTON LAW FIRM

By _____
Gary Roth
Attorneys for Plaintiff
DANIEL BRADSHAW

# ORDER

On May 18, 2022, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court, having reviewed that stipulation and finding GOOD CAUSE, hereby orders as follows:

1. The Stipulation of the Parties is approved;
2. Northern District of California Case No. 4:22-CV-02220-HSG, styled "*DANIEL BRADSHAW, Plaintiff v. FRANCO HERRERA, IOX, LLC BY REMPREX, LLC AND DOES 1 TO 20, Defendants*," is hereby remanded to Contra Costa County Superior Court. The Clerk is directed to close this case.
3. Each side to bear its own costs and attorneys' fees.

**IT IS SO ORERED.**

Dated:   5/19/2022

*[signature]*
United States District Judge

---

*Bradshaw v. Herrera, et al.,* Case No. 4:22-CV-02220-HSG
STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON
-3-